**Joseph Gideon HANCOCK,
Plaintiff–Appellant,**

v.

**Michael L. FRIEDMAN; et al.,
Defendants–Appellees.**

**No. 07–15598.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2008.*

Filed Jan. 15, 2009.

Joseph Gideon Hancock, Soledad, CA, pro se.

Before WALLACE, TROTT, and RYMER, Circuit Judges.

### MEMORANDUM **

Joseph Gideon Hancock, a California state prisoner, appeals pro se from the

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provid-

district court's judgment dismissing his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a district court's dismissal under 28 U.S.C. § 1915A for failure to state a claim. *Resnick v. Warden Hayes*, 213 F.3d 443, 447 (9th Cir.2000). We affirm.

The district court properly dismissed Hancock's deliberate indifference claims because his allegations of inadequate care state, at most, a claim of negligence. *See Wood v. Housewright*, 900 F.2d 1332, 1334 (9th Cir.1990) ("While poor medical treatment will at a certain point rise to the level of constitutional violation, mere malpractice, or even gross negligence, does not suffice.").

Hancock's remaining contentions are unpersuasive.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.